GENERAL ANILINE & FILM CORPORATION, Respondent, *v.* ADVANCE SOLVENTS & CHEMICAL CORPORATION, Appellant.

Argued April 19, 1945; decided July 19, 1945.

*Edward R. Finch, George M. Welch* and *Cornelius P. Cotter* for appellant.

*T. F. Davies Haines* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.